IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL MCMORLAND,<br><br>    Plaintiff,<br><br>v.<br><br>WESTWARD LEANING, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01807-RJC |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Gabriel McMorland, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, Westward Leaning, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: December 19, 2023

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*